1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE CARTER,<br><br>Defendant. | CASE NO.:  25CR62-WQH<br><br>ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Joint Motion to Continue is granted (ECF No. 24), and the Motion Hearing/ Trial Setting currently set for February 18, 2025, is continued to April 1, 2025, at 9:00 a.m. The Court finds that the time is excludable under 18 U.S.C. § 3161(h)(1)(D) and (7)(A) for the reasons stated in the Joint Motion to Continue.

Dated:  February 13, 2025

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court

**25CR62-WQH**